AO 440  (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DARIUS HILL

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, *ETAL*

CASE N:

Case: 1:07-cv-01894
Assigned To : Robertson, James
Assign. Date : 10/19/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

District of Columbia
1350 Pennsylvania Ave., NW 5th Floor
Washington, DC 20002
To Serve: Adrian Fenty, Mayor

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Domiento C.R. Hill, Esq.
Roxanne D. Neloms, Esq.
James E. Brown & Associate, PLLC
1220 L Street, NW Suite 700
Washington, DC 20005
(202) 742-2000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                OCT 19 2007

CLERK                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE *11-1-07* ||
| NAME OF SERVER (PRINT) *Clarence Hayes* | TITLE *PARALEGAL* ||

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: *Tabitha Braxton @ 1350 Pennslyvania, 5th floor*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __*11-1-07*__     __*Clarence J. Hayes*__
　　　　　　　　Date　　　　　　Signature of Server

__*1220 L Street NW*__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. DC - September 2003) Summons in a Civil Action                                        441 4th St NW
                                                                                                          Ste 6

# UNITED STATES DISTRICT COURT
## District of Columbia

DARIUS HILL

**SUMMONS IN A CIVIL CASE**

.V.

DISTRICT OF COLUMBIA, ETAL

CASE NU

Case: 1:07-cv-01894
Assigned To : Robertson, James
Assign. Date : 10/19/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

LINDA SINGER
Attorney General, D.C.
1350 Pennsylvania Ave., NW Suite 409
Washington, DC 20002
To Serve: Linda Singer

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Domiento C.R. Hill, Esq.
Roxanne D. Neloms, Esq.
James E. Brown & Associate, PLLC
1220 L Street, NW Suite 700
Washington, DC 20005
(202) 742-2000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                          OCT 19 2007

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 11-1-07 |
| NAME OF SERVER *(PRINT)* Clarence Hayes | TITLE | PARALEGAL |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Gale Rivero
441 4th St NW Suite 6

☐ copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11-1-07___      ___Clarence J. Hayes___
                Date                    Signature of Server

1220 L Street NW #700
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DARIUS HILL

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, *ETAL*

CASE N

Case: 1:07-cv-01894
Assigned To : Robertson, James
Assign. Date : 10/19/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

MICHELLE REHEE, (Officially)
Acting Chancellor, D.C. Public School
825 North Capitol Street, NE Suite 9026
Washington, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Domiento C.R. Hill, Esq.
Roxanne D. Neloms, Esq.
James E. Brown & Associate, PLLC
1220 L Street, NW Suite 700
Washington, DC 20005
(202) 742-2000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                OCT 19 2007

CLERK                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | *11-1-07* |
| NAME OF SERVER *(PRINT)* *Clarence Hayes* | TITLE | *Paralegal* |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:  *Fran Maky @ 825 North Capital*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL | | SERVICES | | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *11-1-07*      *Clarence J. Hayes*
             Date              Signature of Server

                             *1220 L. Street Suite 700*
                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.