UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARIUS HILL,** : | |
| : | |
| **Plaintiff** : | |
| : | **Civil Action No. 07-1894 (JR)** |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA, et al** : | |
| : | |
| **Defendants.** : | |
| : | |
| : | |

## PRAECIPE

    **COMES NOW**, the Plaintiff, by and through counsel, upon receipt of the Defendants' Motion for Partial Dismissal, consent to the partial dismissal of claims referencing 42 U.S.C 1983 and Section 504 of the Rehabilitation Act.

Respectfully submitted,

/s/
Roxanne D. Neloms [478157]
Domiento C.R. Hill [ MD14793]
Brown & Associates, PLLC
1220 L. Street, NW, Suite 700
Washington, DC 20005
(202)742-2000 (Tele.)
Counsels for Plaintiff