UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARIUS HILL,                          :
                                      :
        Plaintiff,                    :
                                      :
    v.                                : Civil Action No. 07-1894 (JR)
                                      :
DISTRICT OF COLUMBIA, *et al.*,       :
                                      :
        Defendants.                   :

### ORDER

Plaintiff having conceded the dismissal of claims made under 42 U.S.C. 1983 and under section 504 of the Rehabilitation Act [#5], it is **ORDERED** that defendant's motion for partial dismissal [#4] is **granted**. The Clerk is directed to set an initial scheduling conference pursuant to Local Rule 16.


                                    JAMES ROBERTSON
                              United States District Judge