UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

DARIUS HILL,                         :
                                     :
        PLAINTIFF          :
                                     :   Civ. Action No. 07-1894(JR)
        v.                 :
                                     :
DISTRICT OF COLUMBIA,                :
                                     :
        DEFENDANT.         :
_____

## DEFENDANT'S MOTION TO DISMISS COMPLAINT

Pursuant to Fed. R. Civ. P. 7(b)(1), Defendant, through counsel, hereby respectfully move this Court to dismiss the complaint herein.

As explained in the Memorandum of Points and Authorities accompanying this motion, Defendant has agreed to provide the relief Plaintiff seeks in the Complaint, i.e., a due process hearing on Plaintiff's due process complaint notice filed on January 31, 2007.

Accordingly, the Plaintiffs' requests for relief are at best moot. A summary dismissal of the complaint at this time is required.

                Respectfully submitted,

                PETER J. NICKLES
                Interim Attorney General for the
                  District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

2

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Section Chief
        Equity Section Two

        */s/ Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        Civil Litigation Division
        Equity Section Two
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C.  20001
        (202) 724-6651 (phone)
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov

**January 29, 2008**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
**DARIUS HILL,** :
:
      **PLAINTIFF** :
:    Civ. Action No. 07-1894(JR)
      **v.** :
:
**DISTRICT OF COLUMBIA,** :
:
      **DEFENDANT.** :
_____

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT**

**INTRODUCTION AND BACKGROUND**

On January 31, 2007, Plaintiff filed an administrative due process complaint notice. A hearing was held on May 1, 2007 before Hearing Officer Coles B. Ruff and a Hearing Officer's Determination ("HOD") issued May 14, 2007, dismissing Plaintiff's complaint.

On May 25, 2007, Plaintiff filed a motion for reconsideration of the HOD based on the hearing officer's failure to disclose an affiliation with the school. On June 11, 2007, Hearing Officer Ruff granted Plaintiff's motion for reconsideration and a re-hearing on the original complaint. A new hearing was scheduled for July 3, 2007 before Hearing Officer Ramona Justice-Pegues, and an HOD issued July 20, 2007.

The July 20, 2007 HOD vacated the June 11, 2007 order for a new hearing because (1) a motion for reconsideration permits a hearing officer to either affirm or reverse his own HOD, it does not allow him to order a new hearing; (2) a party seeking to disqualify a hearing officer must present his objections in writing five business days prior

to the date of the hearing; and (3) Hearing Officer Ruff's May 14, 2007 HOD was a final decision and appealable to any State court of competent jurisdiction or in a district court of the United States. Thus, the complaint was not properly before Hearing Officer Justice-Pegues.

Plaintiffs filed this action on October 10, 2007, seeking reversal of the July 20, 2007 Hearing Officer's Determination, and a remand of the matter for a de novo hearing.

## ARGUMENT

Defendant believes the July 20, 2007 HOD is legally sufficient and will be affirmed by this Court. Nevertheless, on January 24, 2008, Defendant informed Plaintiff's counsel that Defendant agrees to Plaintiff receiving a new hearing on the original due process complaint notice filed January 31, 2007.

## CONCLUSION

Since Defendant has agreed to provide the relief Plaintiff seeks in the Complaint, i.e., a new hearing on the original due process complaint, this matter should be dismissed as moot.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the
      District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*_____
    EDWARD P. TAPTICH (012914)
    Section Chief
    Equity Section Two

5

        */s/ Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        Civil Litigation Division
        Equity Section Two
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C.  20001
        (202) 724-6651 (phone)
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov

**January 29, 2008**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**DARIUS HILL,**              :
                              :
    **PLAINTIFF**         :
                              :   Civ. Action No. 07-1894(JR)
    v.                      :
                              :
**DISTRICT OF COLUMBIA,**     :
                              :
    **DEFENDANT.**        :
_____

## **ORDER**

On consideration of Defendants' Motion to Dismiss Complaint, any opposition thereto, and the record herein, it is this _____ day of _____, 2008,

**ORDERED**, that Defendants' motion is GRANTED; it is,

**FURTHER ORDERED**, Plaintiff's Complaint is dismissed with prejudice.

_____
U.S. DISTRICT COURT JUDGE

6