**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

DARIUS HILL,                            :
                                        :
        PLAINTIFF,                      :
                                        :        Civ. Action No. 07-1894(JR)
        v.                              :
                                        :
DISTRICT OF COLUMBIA,                   :
                                        :
        DEFENDANT.                      :
_____

**DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS**

Plaintiff's October 10, 2007, Complaint seeks a reversal of the July 17, 2007, HOD and a remand of the matter for a de novo hearing.  On January 29, 2008, Defendant filed a motion to dismiss the complaint as moot because, although Defendant believes the July 17, 2007, HOD is legally sufficient, Defendant agreed to Plaintiff receiving a new hearing on the original due process complaint.

Plaintiff opposed Defendant's motion to dismiss, stating that "Plaintiff's counsel seeking reimbursement for minimal reasonable attorneys (sic) fees and cost (sic) associated with litigating this matter hardly serves as a reason to dismiss this claim."

Defendant did not argue that Plaintiff's Complaint should be dismissed because his counsel is seeking attorney's fees and costs, and is puzzled by Plaintiff's insertion of the subject of attorney's fees and cost in his opposition.  In any event, Plaintiff's Complaint must be dismissed for the reasons argued in Defendant's Cross Motion for Summary Judgment filed herein February 25, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
  District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Section Chief
Equity Section Two

*/s/ Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**February 25, 2008**