UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARIUS HILL, : | |
| : | |
| PLAINTIFF : | |
| : | Civ. Action No. 07-1894(JR) |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, : | |
| : | |
| DEFENDANT. : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Darius Hill, through counsel, James E. Brown & Associates, and Defendant, District of Columbia, through their counsel, The Office of the Attorney General for the District of Columbia, have reached an agreement in the above captioned case. The parties agree that the District of Columbia Public Schools, State Enforcement and Investigation Division, shall convene a due process hearing in response to the due process complaint submitted by counsel for the student on January 31, 2007. In addition, Defendant will pay Plaintiff $1,000.00 on or before June 30, 2008.

The Plaintiff hereby dismisses all claims in the above captioned matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(ii).

                                            Respectfully submitted,

                                            PETER J. NICKLES
                                            Interim Attorney General for the
                                              District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Section Chief
Equity Section Two

*/s/ Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov
ATTORNEYS FOR DEFENDANT

*/s/ Roxanne D. Neloms*_____
ROXANNE D. NELOMS (478157)
James E. Brown & Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, D.C.  20005
(202) 742-2000
rneloms@jeblaw.biz
ATTORNEY FOR PLAINTIFF

**March 27, 2008**